IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANGELO DEMETRY APADACA, <br><br> Plaintiff, <br><br> v. <br><br> FRED BURMESTER et al., <br><br> Defendants. | **DISMISSAL ORDER <br> & MEMORANDUM DECISION** <br><br> Case No. 1:13-CV-44 RJS <br><br> District Judge Robert J. Shelby |

    Plaintiff, inmate Angelo Demetry Apadaca, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated November 22, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. More than forty-two days later, Plaintiff has yet to file anything new. Indeed, the Court's November 22, 2013 order was returned to sender as undeliverable. And, Plaintiff has not since updated his address.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow court orders, and failure to prosecute.  This case is **CLOSED.**

DATED this  14th  day of January, 2014.

BY THE COURT:

_____
JUDGE ROBERT J. SHELBY
United States District Court